R. Brett Kelly (RK-1048)
**DeOrchis & Partners, LLP**
61 Broadway, 26th Floor
New York, NY 10006-2802
(212) 344-4700

Attorneys for Plaintiff
**MERZARIO USA, INC.**

Closeout

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 0 6 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MERZARIO USA, INC.,

          Plaintiff,

   -against-

CELLINI FURNITURE CRAFTERS, INC. et ano.,

          Defendants.
---------------------------------------------------------------X

04 Civ. 4167 (NGG)(ASC)

**VOLUNTARY DISMISSAL**

Plaintiff MERZARIO USA, INC., through its attorneys, DeOrchis & Partners, hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 4, 2005

**DeOrchis & Partners, LLP**
Attorneys for Plaintiff
MERZARIO USA, INC.

By: _R. Brett Kelly_
R. Brett Kelly (RK-1048)
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
Our File: 2057-49